**Order entered July 7, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00255-CV

## IN RE GUARDIANSHIP OF JOYCE MARGOL, AN ALLEGED INCAPACITATED PERSON

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-20-02238-2**

## ORDER

Before the Court is appellant's unopposed motion for a seven-day extension of time to file his brief. It appears the briefing deadline was triggered before a complete appellate record was filed, and a supplemental reporter's record of a hearing held June 7, 2021 remains to be filed. Because the deadline for filing appellant's brief does not begin to run until the record is complete, we **GRANT** the motion to the extent we **RESET** the deadline for appellant's brief and **ORDER** Lisabeth Kellett, Official Court Reporter for Probate Court No. 2, to file the supplemental reporter's record of the June 7th hearing no later than July 26, 2021.

We further **ORDER** appellant's brief be filed within thirty days of the filing of the supplemental record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Kellett and the parties.

/s/    BONNIE LEE GOLDSTEIN
          JUSTICE